CASE NOS. 14-5001, -5058

_____

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

VIRTUAL STUDIOS, INC.
Plaintiff - Appellee Cross-Appellant

v.

BEAULIEU GROUP, LLC
Defendant - Appellant Cross-Appellee

_____

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE EASTERN
DISTRICT OF TENNESSEE AT CHATTANOOGA

_____

**APPENDIX OF DEFENDANT - APPELLANT
CROSS-APPELLEE BEAULIEU GROUP, LLC
VOLUME I**

_____

Thomas M. Byrne
Ann G. Fort
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia  30309-3996
(404) 853-8000

Attorneys for Defendant - Appellant/Cross-Appellee
Beaulieu Group, LLC

**APPENDIX OF DEFENDANT - APPELLANT**
**CROSS-APPELLEE BEAULIEU GROUP, LLC**

**MASTER INDEX – APPENDIX VOLUMES I and II**

| **DISTRICT COURT RECORD ENTRY NUMBER** | **DISTRICT COURT TRIAL EXHIBIT NO.** | **DISTRICT COURT DESCRIPTION** | **DISTRICT COURT PAGE ID NUMBER** | **SIXTH CIRCUIT APPENDIX PAGE NO.** |
|---|---|---|---|---|
| NA | NA | Docket Sheet No. 1:11-cv-00359-CLC-SKL (E.D. Tenn.) | NA | APPENDIX VOL. I PP. 1–20 |
| RE 111 | NA | Exhibit and Witness List (Liability Phase) | Page ID # 3230–3232 | APPENDIX VOL. I PP.21–23 |
| RE 122 | NA | Exhibit and Witness List (Damages Phase) | Page ID # 3336–3337 | APPENDIX VOL. I PP. 24–25 |
| RE 154-1 | NA | Verdict Form (Damages) (annotated with circle) | Page ID # 5115–5117 | APPENDIX VOL. I PP. 26–28 |
| RE 122 (Page ID # 3337) | Plf. No. 100 | Demonstrative (Daniel Cenatempo) | NA | APPENDIX VOL. I PP. 29–38 |
| RE 111 (Page ID # 3230) | Plf. No. 4 | Terms and Conditions | NA | APPENDIX VOL. I PP. 39 |

| **DISTRICT COURT RECORD ENTRY NUMBER** | **DISTRICT COURT TRIAL EXHIBIT NO.** | **DISTRICT COURT DESCRIPTION** | **DISTRICT COURT PAGE ID NUMBER** | **SIXTH CIRCUIT APPENDIX PAGE NO.** |
|---|---|---|---|---|
| RE 111 (Page ID # 3230) | Def. No. 9 | Copyright Registration (first publication 2000; effective date of registration 02/19/2008) | NA | APPENDIX VOL. I PP. 40–83 |
| RE 111 (Page ID # 3230) | Def. No. 10 | Copyright Registration (first publication 2001; effective date of registration 11/18/2009) | NA | APPENDIX VOL. I PP. 84–125 |
| RE 111 (Page ID # 3230) | Def. No. 18 | Copyright Registration (first publication 1999; effective date of registration 11/16/2009) | NA | APPENDIX VOL. I PP. 126–157 |
| RE 111 (Page ID # 3230) | Def. No. 81 | 2008 Virtual Studios Invoices | NA | APPENDIX VOL. I PP. 158–217 |
| RE 111 (Page ID # 3230) | Def. No. 11 | Copyright Registration (first publication 2005; effective date of registration 12/21/2007) | NA | APPENDIX VOL. I PP. 218–235 |

| **DISTRICT COURT RECORD ENTRY NUMBER** | **DISTRICT COURT TRIAL EXHIBIT NO.** | **DISTRICT COURT DESCRIPTION** | **DISTRICT COURT PAGE ID NUMBER** | **SIXTH CIRCUIT APPENDIX PAGE NO.** |
|---|---|---|---|---|
| RE 111 (Page ID # 3230) | Def. No. 12 | Copyright Registration (first publication 1998; effective date of registration 4/24/2008) | NA | APPENDIX VOL. I PP. 236–255 |
| RE 111 (Page ID # 3230) | Def. No. 13 | Copyright Registration (first publication 2004; effective date of registration 12/27/2007) | NA | APPENDIX VOL. I PP. 256–277 |
| RE 111 (Page ID # 3230) | Def. No. 14 | Copyright Registration (first publication 2002; effective date of registration 12/27/2007) | NA | APPENDIX VOL. I PP. 278–301 |
| RE 111 (Page ID # 3230) | Def. No. 15 | Copyright Registration (first publication 2003; effective date of registration 12/27/2007) | NA | APPENDIX VOL. I PP. 302–327 |

| **DISTRICT COURT RECORD ENTRY NUMBER** | **DISTRICT COURT TRIAL EXHIBIT NO.** | **DISTRICT COURT DESCRIPTION** | **DISTRICT COURT PAGE ID NUMBER** | **SIXTH CIRCUIT APPENDIX PAGE NO.** |
|---|---|---|---|---|
| RE 111 (Page ID # 3230) | Def. No. 16 | Copyright Registration (first publication 2006; effective date of registration 12/27/2007) | NA | APPENDIX VOL. I PP. 328–349 |
| RE 111 (Page ID # 3230) | Def. No. 17 | Copyright Registration (first publication 2007; effective date of registration 12/28/2007) | NA | APPENDIX VOL. I PP. 350–407 |
| RE 111 (Page ID # 3230) | Def. No. 19 | Copyright Registration (first publication 2008; effective date of registration 11/16/2009) | NA | APPENDIX VOL. I PP. 408–441 |
| RE 154-3 | NA | Website Room Scenes/Copy Registrations (Comparison) | Page ID # 5121-5132 | APPENDIX VOL. II PP. 442–453 |

| **DISTRICT COURT RECORD ENTRY NUMBER** | **DISTRICT COURT TRIAL EXHIBIT NO.** | **DISTRICT COURT DESCRIPTION** | **DISTRICT COURT PAGE ID NUMBER** | **SIXTH CIRCUIT APPENDIX PAGE NO.** |
|---|---|---|---|---|
| RE 122 (Page ID # 3336) | Plf. No. 1 | 31-96 Website screenshots showing Beaulieu products displayed with Virtual's photos | NA | APPENDIX VOL. II PP. 454–519 |
| RE 122 (Page ID # 3336) | Plf. No. 2 | 97-171 Website screenshots showing Beaulieu products displayed with Virtual's photos | NA | APPENDIX VOL. II PP. 520–594 |
| RE 122 (Page ID # 3336) | Plf. No. 3 | 172-144 Website screenshots showing Beaulieu products displayed with Virtual's photos | NA | APPENDIX VOL. II PP. 595–667 |
| RE 111 (Page ID # 3230) | Plf. No. 21 | Copyright Photos | NA | APPENDIX VOL. II PP. 668–772 |
| RE 111 (Page ID # 3230) | Plf. No. 22 | Copyright Photos | NA | APPENDIX VOL. II PP. 773–919 |

| **DISTRICT COURT RECORD ENTRY NUMBER** | **DISTRICT COURT TRIAL EXHIBIT NO.** | **DISTRICT COURT DESCRIPTION** | **DISTRICT COURT PAGE ID NUMBER** | **SIXTH CIRCUIT APPENDIX PAGE NO.** |
|---|---|---|---|---|
| RE 111 (Page ID # 3230) | Plf. No. 23 | Copyright Photos | NA | APPENDIX VOL. II PP. 920–1085 |
| RE 111 (Page ID # 3230) | Plf. No. 24 | Copyright Photos | NA | APPENDIX VOL. II PP. 1086–1306 |
| RE 111 (Page ID # 3230) | Plf. No. 25 | Copyright Photos | NA | APPENDIX VOL. II PP. 1307–1406 |
| RE 111 (Page ID # 3230) | Plf. No. 26 | Copyright Photos | NA | APPENDIX VOL. II PP. 1407–1565 |
| RE 111 (Page ID # 3230) | Plf. No. 27 | Copyright Photos | NA | APPENDIX VOL. II PP. 1566–1669 |
| RE 111 (Page ID # 3230) | Plf. No. 28 | Copyright Photos | NA | APPENDIX VOL. II PP. 1670–1755 |
| RE 111 (Page ID # 3230) | Plf. No. 29 | Copyright Photos | NA | APPENDIX VOL. II PP. 1756–1879 |
| RE 111 (Page ID # 3230) | Plf. No. 30 | Copyright Photos | NA | APPENDIX VOL. II PP. 1880–2130 |

| **DISTRICT COURT RECORD ENTRY NUMBER** | **DISTRICT COURT TRIAL EXHIBIT NO.** | **DISTRICT COURT DESCRIPTION** | **DISTRICT COURT PAGE ID NUMBER** | **SIXTH CIRCUIT APPENDIX PAGE NO.** |
|---|---|---|---|---|
| RE 111 (Page ID # 3230) | Plf. No. 31 | Copyright Photos | NA | APPENDIX VOL. II PP. 2131–2362 |