

EVER
π EXHIBIT
8
7692-7701
PENGAD 800-631-6989
2497

Texturizada

Textured
EverClean

2502

Fiber
Nylon
Mfr/Warranty
Features
The Lowe's Warranty Rating
This carpet
is best used in
areas with heavy
to light traffic.
Carpet Specifications
Model:
Width:
Pattern Repeat:
Face Weight:
Density
Twist:

Fiber
Solution Dyed Nylon
Mfr/Warranty
CORONET
Features
AVAILABLE
12 & 15 FEET WIDE
The Lowe's Warranty Rating
Carpet Specifications
Model:
Width:
Pattern Repeat:
Face Weight:
Density:
Twist: