UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

VIRTUAL STUDIOS, INC.                )
                                     )
        Plaintiff,                   )
                                     )    CIVIL ACTION NO. 1:11-cv-359
                                     )
v.                                   )    CLC/Lee
                                     )
BEAULIEU GROUP, LLC,                 )    JURY DEMAND
                                     )
        Defendant.                   )
                                     )

## DEFENDANT BEAULIEU GROUP, LLC'S
### SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES, AND RESPONSES TO CERTAIN OF PLAINTIFF'S AREAS OF INQUIRY IN ITS NOTICE OF 30(b)(6) DEPOSITION DUCES TECUM

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Beaulieu Group, LLC ("Beaulieu"), by and through its undersigned counsel, hereby submits its supplemental responses to Plaintiff's First Interrogatories to Defendant, and interrogatory responses offered by Beaulieu in certain of its Responses and Objections to Plaintiff's Notice of 30(b)(6) Deposition Duces Tecum. Beaulieu's counsel is prepared to meet with Plaintiff's counsel to discuss and, if possible, resolve any disputes that may arise concerning the meaning, scope, and relevance of the interrogatories or the adequacy of these responses.

Beaulieu's responses to this discovery set have been prepared in accordance with the Federal Rules of Civil Procedure and pursuant to a reasonably diligent search for the information and/or documents requested. The scope of the investigation conducted to locate responsive information or documents has been limited to making inquiries to those Beaulieu activities and employees most likely to be knowledgeable about the specific matters at issue, and to reviewing Beaulieu's files and databases in which information related to such matters ordinarily would be expected to be found.

20037523.1



Beaulieu supplements its responses to Plaintiff's First Interrogatories to Defendant as

follows:

## SUPPLEMENTAL INTERROGATORY RESPONSES

1.       Identify and describe each and every Virtual Studios room scene image that you

have used to advertise, promote, market or otherwise display your products from January 1, 2008

to the present.

SUPPLEMENTAL RESPONSE: Beaulieu incorporates by reference, to the extent
applicable, its specific and general objections, reservation of rights, and responses to this

- 7 -

2675

interrogatory as set forth in Beaulieu's response to this interrogatory. Without waiving its objections, and subject to its reservation of rights, Beaulieu further responds, supplements and/or amends its prior responses as follows:

Beaulieu confirms that all room scene images obtained from Virtual Studios have likely been used in some manner that supported the marketing of Beaulieu's products, which is perfectly consistent with its agreements and course of dealing with Virtual Studios. Beaulieu did not track the dates of use of those images because it was under no obligation to do so. There simply was no reason to establish any kind of system for tracking that use, because Beaulieu's representatives believed that Beaulieu had the right to unlimited use of the images in perpetuity. As set forth in Beaulieu's January 8, 2013 letter to Plaintiff's counsel, this belief was reasonable for at least these reasons: the delivery media bore no copyright notice; the image file properties stated the files were the property of "everyone"; the images bore no copyright notice; Virtual Studios took no steps to notify Beaulieu of impending expiration of any alleged time limits; and Virtual Studios waited until the parties had been doing business for about ten years before informing Beaulieu of alleged misuse of images. Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, Beaulieu has offered, however, to make available to Virtual Studios for onsite inspection and copying all of the CDs in its possession containing room scene images delivered to it by Virtual Studios, and its archived print job tickets from the Beaulieu print shop from February 2009 (the inception of the print shop) through December 1, 2011. Beaulieu also is producing room scene images that were considered for use by Home Depot. One or more of these images may have originated with Virtual Studios. There are no records establishing if these images were actually used by Home Depot. Discovery is ongoing and Beaulieu reserves the right to further supplement its response to this request.

2.    For each Virtual Studios room scene image you identified in response to Interrogatory No. 1, please identify and describe with particularity the medium - e.g., web address, catalog, product brochure, etc. - in which you reproduced or otherwise displayed such Virtual Studios room scene image, as well as the dates on which you reproduced or displayed such room scene image.

SUPPLEMENTAL RESPONSE: Beaulieu incorporates by reference, to the extent applicable, its specific and general objections, reservation of rights, and responses to this interrogatory as set forth in Beaulieu's response to this interrogatory. Without waiving its objections, and subject to its reservation of rights, Beaulieu further responds, supplements and/or amends its prior responses as follows:

Beaulieu did not track its use of room scene images because it was under no obligation to do so. Thus, Beaulieu cannot state how or when each of the room scene images that Virtual Studios supplied to Beaulieu was used. For the reasons detailed in its Supplemental Response to Interrogatory No. 1, Beaulieu's representatives reasonably believed Beaulieu had the right to unlimited use of the images in perpetuity. As noted above in its supplemental

- 8 -

response to interrogatory 1, pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, Beaulieu is producing several categories of documents that may provide a partial response to this interrogatory. Discovery is ongoing and Beaulieu reserves the right to further supplement its response to this request.

3.      Identify and describe each and every individual or entity you have allowed to use

a Virtual Studios' room scene image or to whom you have given, sold, licensed, or otherwise

transferred a Virtual Studios room scene image for any reason.

SUPPLEMENTAL RESPONSE: Beaulieu incorporates by reference, to the extent applicable, its specific and general objections, reservation of rights, and responses to this interrogatory as set forth in Beaulieu's response to this interrogatory. Without waiving its objections, and subject to its reservation of rights, Beaulieu further responds, supplements and/or amends its prior responses as follows:

Beaulieu incorporates herein by reference its supplemental responses to interrogatories 1 and 2. Beaulieu did not provide any room scene image file supplied to Beaulieu by Virtual Studios to any third parties in exchange for money or anything else of value. As a courtesy, Beaulieu supplied some Virtual Studios room scene image files to its customers for their use, and to printing services for production of rack cards and deck boards to market and advertise its carpeting. Beaulieu is not able to identify all the persons to whom such image files were supplied. Beaulieu did not track such information because it was under no obligation to do so, and reasonably believed that it had the right to unlimited use of the images in perpetuity for the reasons detailed in its Supplemental Response to Interrogatory No. 1. Even under Virtual Studios' interpretation of the purported license, Beaulieu's "unlimited use" of these room scenes for one year permitted Beaulieu to share them with Beaulieu's customers. The following is a list of entities to which Beaulieu, to the best of its knowledge, likely supplied Virtual Studios room scene images.

| Beaulieu Canada | Georgia Carpet Outlet |
| --- | --- |
| Home Depot | International Design Guild |
| Lowes | Phoenix Wholesale |
| Menards | Prosource |
| Stanley Steemer | Stone Mountain/Floor Trader |
| Floor to Ceiling (Preferred Brands) | Brandsource |
| World of Floors (Preferred Brands) | Carpetland |
| Abbey Carpet | Carpets Plus |
| Airbase (NFA) | Floorco |
| DCO (NFA) | FCA |

20037523.1

| Floor Club | Absolute Wholesale Flooring |
|---|---|
| Floor Coverings International | Avalon Carpet, Tile & Flooring |
| Floors to Go | Carpet Universe |
| L&L Company (NFA) | Carpet.net |
| NFA | Carpets of Dalton |
| Sherwin Williams | Executive Carpet |
| Stainmaster Flooring Centers | Fante Flooring |
| Big Bob's | Floorbiz |
| Carpet One | Flooring Capitol |
| Floor Expo | Luna |
| Flooring America | Quality Flooring 4 Less |

Discovery is ongoing and Beaulieu reserves the right to further supplement its response to this request.

4.      For each and every individual or entity you identified in response to Interrogatory

No. 3, identify the dates on which you allowed such individual or entity to use a Virtual Studios'

room scene image, or gave, sold, licensed, or otherwise transferred a Virtual Studios' room scene

image to such individual or entity, explain your reason for doing so, and describe the terms or

conditions for the transaction.

> SUPPLEMENTAL RESPONSE: Beaulieu incorporates by reference, to the extent applicable, its specific and general objections, reservation of rights, and responses to this interrogatory as set forth in Beaulieu's response to this interrogatory. Without waiving its objections, and subject to its reservation of rights, Beaulieu further responds, supplements and/or amends its prior responses as follows:
>
> Beaulieu incorporates herein by reference its supplemental responses to interrogatories 2 and 3. Discovery is ongoing and Beaulieu reserves the right to further supplement its response to this request.

- 10 -

2678