

**From**: Patricia Flavin
**To**: 'tom@virtualstudiosinc.com'
**Sent**: Thu Jul 02 14:02:09 2009
**Subject**: Re: Update

Tom
There are some room scenes on the way to you within the next two weeks. However, if we are to continue to help in developing this relationship, I will need you to sign a release to drop your grievances with the company.

I will have something drafted up next week and sent over to you.
Patricia

---

**From**: Patricia Flavin
**To**: 'tom@virtualstudiosinc.com'
**Cc**: 'mikemc@beaulieu-usa.com' ; 'bstern@beaulieu-usa.com' ; 'dwade@beaulieu-usa.com' ; 'frankh@beaulieu-usa.com'
**Sent**: Thu Jul 02 11:36:19 2009
**Subject**: Re: Update

EXHIBIT 63 2679

CONFIDENTIAL                                                                 B0001040

Tom
Many of my management team are out of town this week for the holiday weekend so I am not in a position to resolve this now.

The marketing and Research and Development departments have both been instructed to give you all their room scene work going forward. The fact that it is minimum is a sign of the times but it will pick up.

Frank Hutchinson runs Beaulieu printing and he does not see the value of bringing in Virtual Studio at this time.

Have a nice holiday weekend
Patricia

---

**From**: Tom Sucher
**To**: Patricia Flavin
**Sent**: Tue Jun 30 12:26:47 2009
**Subject**: Update

Patricia

Good Morning. I have sent several e-mails about our situation during the past 30 days and I still have not heard back from you which give me some cause for alarm. As mentioned before and I believe you know that I think I've been extremely patient however to date Virtual Studios has only produced two or maybe three room scenes at the most since this conversation has started last year in August. As you also know I've tried to be very creative to try to resolve this but still nothing from Beaulieu. I'm really caught between a rock and a hard place because I have my fiduciary duties here to do something. Please get back to me this week on Beaulieu's plan to resolve this situation. If I don't hear from you at that time then I'm sorry but I must take this to our lawyer and let him resolve it.

Thanks


Regards
Tom

2680

CONFIDENTIAL                                                                                                                    B0001041

Thomas E. Sucher
President

**Virtual Studios Inc.**
693 Varnell Road
Tunnel Hill, GA 30755

800-477-6394 (w)
706-673-2066 (f)
706-459-8089 (c)

www.VirtualStudiosInc.com

---

The information contained in this message from Beaulieu Group, LLC and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return e-mail and delete the original message

2681

CONFIDENTIAL

B0001042